UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID ROGOZ : | |
| : | |
| v. : | NO. 3:11-CV-500 (VLB) |
| : | |
| CITY OF HARTFORD, CHIEF OF POLICE DARYL K. ROBERTS, DETECTIVE G. WATSON, DETECTIVE RIVERA, OFFICER GEORGE WATER, OFFICER JAMES RUTKAUSKI, OFFICER BRANDON FLORES, OFFICER STEVEN J. PILESKI, OFFICER CESAR A. BEIROS, : | |

## JUDGMENT

This action having come before the Court on motions for summary judgment filed by the defendants, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling granting the defendants' motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 24th day of July, 2013.

ROBIN D. TABORA, Clerk

By    /s/LL
         Loraine LaLone
         Deputy Clerk

EOD: 7/24/13